FILED

02/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0623

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0623

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

BRANDON JEROME LAMBRIGHT,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 4, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 28 2022